## JOSEPH ANCONA *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Ancona's petition for certification for appeal from the Appellate Court, 100 Conn. App. 283 (AC 26960), is denied.

ROGERS, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Joseph Visone,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided May 15, 2007

## STEPHEN HARRIS *v.* BRADLEY MEMORIAL HOSPITAL AND HEALTH CENTER, INC.*

The defendant's petition for certification for appeal from the Appellate Court (AC 28083) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

ROGERS, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court number is SC 17907.

*Michael G. Rigg,* in support of the petition.

*P. Jo Anne Burgh,* in opposition.

Decided May 15, 2007

---

* The appeal was withdrawn July 3, 2007.